[No. 21832-5-III.   Division Three.   February 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON TOBIN ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00543-1, Dennis D. Yule, J., entered January 24, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Schultheis, J.

[Nos. 50303-1-I; 50880-6-I.   Division One.   February 23, 2004.]

*In the Matter of the Estate of* MARIAN PEARMAN.

SUSAN HUDSON, *Individually and as Guardian, Appellant*, v. JAMES J. DORE, SR., *as Personal Representative, Respondent*.

Appeals from judgments of the Superior Court for King County, No. 00-4-00318-5, James A. Doerty, J., entered March 13 and 29, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, C.J., and Cox, J.

[No. 50409-6-I.   Division One.   February 23, 2004.]

KAY ELLEN KETTEL, *Appellant*, v. THRIFTY PAY LESS, INC., *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 00-2-20655-1, Bruce W. Hilyer, J., entered June 15 and 26 and September 6, 2001; and April 5 and 30, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 51037-1-I.   Division One.   February 23, 2004.]

WANDA M. DAVID, ET AL., *Appellants*, v. MARK BRAKSTAD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-24235-2, Joan E. DuBuque, J., entered August 5, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, C.J., and Cox, J.